UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | FILED |
|---|---|
| | April 30, 2025 |
| | CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMAAL ESCO, JR.,

    Defendant.

Case No. 2:25-mj-00074-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMAAL ESCO, JR., Case No. 2:25-mj-00074-JDP, Charge 18 U.S.C. §§ 1349, 1344, from custody for the following reasons:

    __X__  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

        _____  Unsecured Appearance Bond $ _____

        _____  Appearance Bond with 10% Deposit

        _____  Appearance Bond with Surety

        _____  Corporate Surety Bail Bond

        _____  (Other): The defendant shall appear on 5/12/2025 at 9:30 a.m.

    __X__  (CST) before Magistrate Judge Robert P. Myers, Jr. in the Southern District of Mississippi, Gulfport, MS 39501.

Sacramento County Jail is further ORDERED to release the defendant with a

    __X__  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 30, 2025 at 2:40 p.m.

        By: _/s/ Jeremy Peterson_

        Magistrate Judge Jeremy D. Peterson